**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
FAX (916) 447-2988

Attorney for Petitioner
Arturo Alvarado-Sotomayor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  2:04-cr-0454-MCE |
| ) | |
| ) | **TRANSCRIPT DESIGNATION AND** |
| Petitioner, ) | **ORDERING;  ORDER** |
| ) | |
|     v. ) | |
| ) | |
| ) | |
| ) | |
| ARTURO ALVARADO-SOTOMAYOR ) | |
| ) | |
| ) | |

Defendant/Appellant Arturo Alvarado-Sotomayor, by and through counsel, Michael B. Bigelow, submits the following transcript designation on appeal.

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| February 22, 2005 | Diane Shepard | Status |
| May 24, 2005 | Diane Shepard | Status |
| July 26, 2005 | Diane Shepard | Status |
| September 20, 2005 | Diane Shepard | TCH |
| November 1, 2005 | Diane Shepard | Status |
| December 13, 2005 | Diane Shepard | TCH |

| | | |
|---|---|---|
| January 3, 2006 | Diane Shepard | Status |
| January 31, 2006 | Diane Shepard | Evidentiary Hearing |
| February 28, 2006 | Diane Shepard | Change of Plea |
| May 30, 2006 | Diane Shepard | Sentencing |

As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five days hereof will be, obtained and delivered to the court reporter. I agree to recommend payment for work done prior to cancellation of this order.

DATED: June 12, 2006

        /S/MICHAEL B. BIGELOW
        Michael B. Bigelow
        Attorney for Defendant/Appellant

**IT IS SO ORDERED**

DATED: June 26, 2006

        MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE