IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　　　No. CR S-04-0454 MCE GGH P

    vs.

ARTHUR ALVARADO-SOTOMAYOR,

    Movant.　　　　　　　　　　ORDER TO SHOW CAUSE

_____/

    On August 12, 2009, respondent was granted an extension of time until September 25, 2009, to file a response to the movant's motion to vacate, set aside, or correct his sentence. Respondent has not filed an answer.

    Accordingly, IT IS ORDERED that within fourteen days from the date of this order, respondent shall file and serve an answer to the motion and shall show cause in writing for the failure to timely file the answer.

DATED: November 23, 2009

    /s/ Gregory G. Hollows

    UNITED STATES MAGISTRATE JUDGE

GGH:035
alva0454.osc