IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-04-0454 MCE GGH P

    vs.

ARTHUR ALVARADO-SOTOMAYOR,

    Movant.                         <u>ORDER</u>

_____/

        On November 23, 2009, this court ordered respondent to show cause in writing, within fourteen days, why it failed timely to respond to movant's motion to vacate, set aside, or correct his sentence. Respondent has timely responded (Docket 98), and filed its opposition (Docket 97), and demonstrated good cause for the delay.

        Accordingly, IT IS HEREBY ORDERED that the order to show cause issued November 23, 2009 (Docket No. 96) is DISCHARGED.

DATED: December 18, 2009

                                       /s/ Gregory G. Hollows
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE