IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-04-0454 MCE GGH P

    vs.

ARTHUR ALVARADO-SOTOMAYOR,

    Movant.                      <u>ORDER</u>

_____/

        On December 7, 2009, respondent filed an opposition to movant's motion brought pursuant to 28 U.S.C. § 2255. On December 23, 2009, movant filed a "motion for enter of judgment" in which he appears to claim that respondent failed to file an opposition to his motion.

        Respondent's opposition does not contain a proof of service on movant. Accordingly, IT IS HEREBY ORDERED that:

        1. Within five days of the date of this order, respondent shall serve movant with the opposition and file proof of service;

        2. Movant may file a reply to the opposition within twenty-eight days of the date of this order.

DATED: February 10, 2010                    /s/ Gregory G. Hollows

soto454.ord                                        UNITED STATES MAGISTRATE JUDGE