IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-04-0454 MCE GGH P

    vs.

ARTURO ALVARADO-SOTOMAYOR,

    Movant.                 <u>ORDER</u>

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 2, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1  /////

2      1.  The findings and recommendations filed April 2, 2010, are adopted in full;

3      2.  Alvarado's § 2255 motion to vacate his conviction and sentence (docket #s 83, 84) is denied;

4      3.  The Clerk of the Court is directed to close the companion civil case, No. CIV. S-09-0411 MCE GGH.

Dated:  May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE