HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ARTURO ALVARADO-SOTOMAYOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARTURO ALVARADO-SOTOMAYOR,<br><br>  Defendant. | No. Cr. S 04-454 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, ARTURO ALVARADO-SOTOMAYOR by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 30, 2006, this Court sentenced Mr. Alvarado-Sotomayor to a term of 151 months imprisonment on each of Counts 1, 3 and 5, to be served concurrently for a total term of 151 months;

3. His total offense level was 34, his criminal history category was I, and the resulting guideline range was 151 to 188 months;

4. The sentencing range applicable to Mr. Alvarado-Sotomayor was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Alvarado-Sotomayor's total offense level has been reduced from 34 to 32, and his amended guideline range is 121 to 151 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Alvarado-Sotomayor's term of imprisonment to a term of 121 months.

Respectfully submitted,

Dated:  November 13, 2014                   Dated:   November 13, 2014

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Jason Hitt*                            /s/ *David M. Porter*
JASON HITT                                  DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    ARTURO ALVARADO-SOTOMAYOR

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Alvarado-Sotomayor is entitled to the benefit Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2006 is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1   Unless otherwise ordered, Mr. Alvarado-Sotomayor shall report to the United States
2   Probation Office within seventy-two hours after his release.
3   IT IS SO ORDERED.

DATED: November 18, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT