# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   2:04CR00454-MCE-GGH-01 |
| ARTURO ALVARADO-SOTOMAYOR | ) |
| | ) USM No:   15495-097 |
| Date of Original Judgment:   06/20/2006 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____151_____ months **is reduced to** _____121_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____06/20/2006_____ shall remain in effect.
**IT IS SO ORDERED**.

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Effective Date:   _____11/18/2014_____
*(if different from order date)*                    *Printed name and title*